# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JERMAINE EMANUEL JACKSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-42

[June 7, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Johnson, Judge; L.T. Case Nos. 50-2008-CF-000721-AXXX-MB and 50-2008-CF-003745-AXXX-MB.

Jermaine Emanuel Jackson, Madison, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Jeanine M. Germanowicz, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***